# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DWIGHT BOWEN, | : | No. 5 EAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated August |
| | : | 28, 2020 at No. 576 M.D. 2019 |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS | : | |
| HOUTZDALE SUPERINTENDENT BARRY | : | |
| SMITH, HOUTZDALE DEPUTY | : | |
| SUPERINTENDENT DAVID CLOSE, | : | |
| HOUTZDALE DEPUTY | : | |
| SUPERINTENDENT B. J. SALAMON | : | |
| HOUTZDALE MAJOR J. BARROWS AND | : | |
| HOUTZDALE MAJOR RYDBOM, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  September 22, 2021**

AND NOW, this 22nd day of September, 2021, the order of the Commonwealth Court is **AFFIRMED**.